# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Trustees of the Chicago Plastering Institute Pension Trust, et al.,

**DEFENDANTS**
Elite Plastering Co., Inc., d/b/a G and J Plastering, an Illinois corporation

**(b)** County of Residence of First Listed Plaintiff  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Kane
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145   (312) 372-1646

Attorneys (If Known)
Judge SHADUR
Magistrate Judge COX

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
[■] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)
- [■] 720 Labor/Mgmt. Relations
- [■] 791 Empl. Ret. Inc. Security Act

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[■] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
29 U.S.C. § 185, 29 U.S.C. § 1132(a)(3) to collect delinquent employee benefit fund contributions and union dues

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
DEMAND $
JURY DEMAND: [■] No

**IX. This case** [■] is not a refiling of a previously dismissed action.

DATE  3/18/08
SIGNATURE OF ATTORNEY OF RECORD
David Huffman-Gottschling