**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Trustees of the Chicago Plastering Institute Pension Trust, et al., v. Elite Plastering Co., Inc., d/b/a G and J Plastering, an Illinois corporation | FILED March 18, 2008  TG 08cv1575 Judge SHADUR Magistrate Judge COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Trustees of the Chicago Plastering Institute Pension Trust, et al.,

| NAME (Type or print) |
|---|
| Brandon M. Anderson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Brandon M. Anderson |

| FIRM |
|---|
| Jacobs, Burns, Orlove, Stanton & Hernandez |

| STREET ADDRESS |
|---|
| 122 S. Michigan Avenue, Suite 1720 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603-6145 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06288938 | (312) 327-3427 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐