*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv1575                    Assigned/Issued By:

Judge Name:                              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment
                                          _____
☐ Wage-Deduction Garnishment Summons      _____
                                          *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                          ☐ Other
☐ Writ _____               _____
    *(Type of Writ)*                      _____
                                          *(Type of issuance)*

_____ Original and _____ copies on _____ as to _____
                                      (Date)
_____

_____