# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Trustees of the CHICAGO PLASTERING INSTITUTE PENSION TRUST, et al.
v.
ELITE PLASTERING CO., INC. d/b/a G AND J PLASTERING

Case Number: 08 CV 1575

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Elite Plastering Co., Inc. d/b/a G and J Plastering

| | |
|---|---|
| NAME (Type or print) | |
| Gregory A. McCormick | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Gregory A. McCormick | |
| FIRM | |
| Garfield & Merel, Ltd. | |
| STREET ADDRESS | |
| 223 W. Jackson Blvd., Suite 1010 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6201621 | 312-288-0105 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |