UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Trustee of the CHICAGO PLASTERING INSTITUTE PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE PLASTERING CO., INC., d/b/a G AND J PLASTERING,<br><br>Defendant. | NO. 08 CV 1575<br><br>**JURY DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Elite Plastering Co. Inc., by and through its attorneys, Garfield & Merel, Ltd., disclose the following pursuant to Local Rule L3.2:

1. Defendant is an Illinois corporation with stock that is not publicly traded. No entity owns 5% or more of the stock of Elite Plastering.

Respectfully submitted,

ELITE PLASTERING CO., INC., d/b/a
G AND J PLASTERING,

By: _____
One of its attorneys

Gregory A. McCormick
GARFIELD & MEREL, LTD.
223 W. Jackson Blvd., Suite 1010
Chicago, IL 60606
(312) 288-0105
ARDC No. 6201621