UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Chicago Plastering Institute Pension Trust, et al.
                                                                                             Plaintiff,

v.                                                                                                        Case No.:
                                                                                                      1:08−cv−01575

                                                                                                      Honorable Milton I. Shadur

Elite Plastering Co., Inc
                                                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. For the reasons stated here, the Answer is stricken in its entirety. Elite is granted leave to file a self−contained Amended Answer on or before April 22, 2008. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.