**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Chicago Plastering Institute Pension Trust, et al.
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−01575

                                                    Honorable Milton I. Shadur

Elite Plastering Co., Inc
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 7/10/2008, ( Discovery ordered closed by 9/29/2008., Status hearing set for 9/29/2008 at 09:00 AM.)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.